No. 24-7037

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

PERSONAL INJURY PLAINTIFFS; et al.,

Plaintiffs-Appellees,

v.

META PLATFORMS, INC., f/k/a Facebook, Inc.; et al.,

Defendant-Appellants.

---

On Appeal from the Northern District of California
No. 4:22-md-03047
Hon. Yvonne Gonzalez Rogers

---

## STATUS REPORT RE COURT OF APPEALS DOCKET

---

Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400

*Liaison Counsel for Plaintiffs-Appellees*

Pursuant to this Court's November 22, 2024, Order (Dkt. No. 2.1), Liaison Counsel for Plaintiffs-Appellees submits the following status report regarding the docket in this appeal.

## I.      Statement Confirming Plaintiff - Appellee Groups Accuracy

The following liaison counsel appearing on the docket for the Ninth Circuit Courts of Appeals, Case No. 24-7037, represent the Plaintiffs-Appellees subject to the Northern District of California's Orders in Case No. 4:22-md-03047 ("MDL"):

| PERSONAL INJURY PLAINTIFFS<br>  Plaintiff - Appellee | Jennie Lee Anderson, Plaintiffs' Liaison Counsel<br>Tel:  415-986-1400<br>Email: jennie@andrusanderson.com<br>Andrus Anderson LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
|---|---|
| LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS<br>  Plaintiff - Appellee | Jennie Lee Anderson, Plaintiffs' Liaison Counsel<br>Tel: 415-986-1400<br>Email: jennie@andrusanderson.com<br>Andrus Anderson LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| MULTISTATE ATTORNEY GENERAL PLAINTIFFS<br>  Plaintiff - Appellee | Mr. Ryan Thomas Costa, Deputy Attorney General, Designated Representative for the Delaware Attorney General<br>Tel: 302-577-8400<br>Email: ryan.costa@delaware.gov<br>Delaware Office of the Attorney General<br>Fraud and Consumer Protection Division<br>820 N French Street, 5th Floor<br>Wilmington, DE 19801 |

|  | Marion Quirk, Deputy Attorney General, Designated Representative for the Delaware Attorney General<br>Tel: 302-683-8810<br>Email: marion.quirk@delaware.gov<br>Delaware Office of the Attorney General Fraud and Consumer Protection Division 820 N French Street, 5th Floor Wilmington, DE 19801<br><br>Megan O'Neill, Deputy Attorney General, Designated Representative for Multidistrict Attorney General<br>Tel: 415-510-3508<br>Email: megan.oneill@doj.ca.gov<br>Office of the California Attorney General 455 Golden Gate Avenue San Francisco, CA 94102<br><br>Krista Batchelder, Deputy Solicitor General, Designated Representative for Multidistrict Attorney General Plaintiffs<br>Tel: 720-508-6384<br>Email: krista.batchelder@coag.gov<br>Colorado Office of the Attorney General 1300 Broadway, 8th Floor Denver, CO 80203 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL<br>   Plaintiff - Appellee | Donna Cecilia Valin, Special Counsel Designated Representative for Florida Attorney General<br>Tel: 407-845-5399<br>Email: donna.valin@myfloridalegal.com<br>Florida Office of The Attorney General Consumer Protection 135 W Central Boulevard Orlando, FL 32801 |

//

//

**II.**     **Complete List of Current Plaintiffs-Appellees Subject to Appeal**

Pursuant to this Court's Order, all active Plaintiffs-Appellees in above

groups are identified in Attachment 1 and 2 hereto.

**Attachment 1** is a list of all current Personal Injury Plaintiffs-Appellees

active in the MDL.  Pursuant to instructions of this Court, the plaintiff names in

this group were entered as they appear in the respective operative Short Form

Complaints ("SFC"). In the event a minor and a guardian ad litem ("GAL") are

named on the same SFC, regardless of whether the GAL is seeking individual

damages, the GAL's name and/or initials appear in column B ("Last Name") and

the minor's name and/or initials appear in column E ("Party Text"), along with the

descriptor modifying the party."[1]

**Attachment 2** is a list of all current institutional/entity plaintiffs in the

MDL, combining the Multistate Attorney General Plaintiffs and Local Government

and School District Plaintiffs.  Pursuant to the Court's instructions, the names of

the plaintiffs in these groups were entered as they appear on the MDL docket.

//

//

//

//

---

[1] Some minors identified by initials in the SFCs may have reached the age of majority as of the date of this filing.

4

Liaison Counsel for the Plaintiffs-Appellees will continue to assist the Court and update these lists as needed and upon request.

Dated:  December 6, 2024

Respectfully submitted,

**ANDRUS ANDERSON LLP**

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: (415) 986-1400

*Liaison Counsel for Plaintiffs-Appellees*

# ATTACHMENT 1
## (individual plaintiffs)

| First Name | Middle Name | Last Name | Generation | Party Text |
|---|---|---|---|---|
| Delaney | | Brown | | on behalf of her minor child R. P. H. |
| | | J.C. | | |
| | | C.J. | | |
| | | A. H. | | individually and on behalf of A.R. |
| | | A.C. | | individually and on behalf of their minor child John Doe |
| | | A.H. | | |
| | | A.M. | | on behalf of S.R. |
| | | A.T. | | filed on behalf of minor, M.R |
| | | A.U. | | |
| | | A.W. | | on behalf of A.M. |
| Ajita | | Abraham | | individually and on behalf of all others similarly situated |
| Ajita | | Abraham | | on behalf of A.A. (a minor) |
| Alexandra | Brynn | Adair | | |
| Hannah | | Afshar | | |
| Rossana | | Agosta | | individually and on behalf of her minor child, "G.R." |
| Delma | | Aleman | | individually and as parent and next friend to Plaintiff A.M.R |
| Ellie | | Anderson | | |
| Summer | | Anthony | | |
| Ashley | | Araluce | | |
| Blair | | Aranda | | individually as the Personal Representative of the Estate of Brantley Aranda |
| Gregorio | | Aranda | | individually |
| | | B. A. | | individually, and as next of friend to minor Plaintiff, J.A. |
| | | B.B. | | on behalf of minor R.B. |
| | | B.B. | | on behalf of minor O.B. |
| | | B.D. | | on behalf of Z.H. |
| | | B.F. | | individually |
| | | B.R. | | |
| | | B.S. | | filed on behalf of minor, J. D. |
| | | B.S. | | filed on behalf of minor, D.D. |
| Jasmine | | Baker | | |
| Brandi | | Ball | | individually and as successor-in-interest to Tahrique Haulcy |
| Kayla | S. | Barb | | |
| Jonathan | | Barnes | | Individually and as the Personal Representative of the Estate of Henry Barn |
| Jeffrey | | Barnes | | individually and on behalf of their minor child A.B. |
| Lesly | | Barnes | | individually and on behalf of their minor child A.B. |
| Timothy | | Barnett | | Estate of Timothy Barnett, by and through Elizabeth Ann Barnett, as Personal Representative |
| Ainsley | | Basich | | |
| Rose | | Blankenship | | |
| Lucy | | Blessing | | |
| Cynthia | | Bolinger | | individually and as successor-in-interest to Alexis Bolinger |
| Richard | Neal | Booker | | individually and on behalf of their minor child S.B. |
| Kavin | | Bowlin | | |
| James | O. | Boyd | III | |
| Teonna | | Bradshaw | | |
| Alexa | | Brown | | |
| Kaitlynn | | Buntich | | |
| | | C.A. | | |
| | | C.C. | | individually, and as next of friend to minor Plaintiff, M.C. |
| | | C.C. | | on behalf of minor L.C. |
| | | C.C. | | individually and on behalf of S.D. |
| | | C.D. | | on behalf of C.F. |
| Jane | | C.F. | | on behalf of her minor child A.K. |
| | | C.G. | | on behalf of minor D.W. |
| | | C.G. | | filed on behalf of minor A.G. |
| | | C.H. | | |
| | | C.J. | | individually and on behalf of K.J. |
| | | C.J. | | |
| | | C.J. | | and K.J. |
| | | C.R. | | individually and as next of friend to minor, Plaintiff S.G. |
| | | C.S. | | on behalf of minor T.P. |
| | | C.S. | | filed on behalf of minor J.S. |
| | | C.U. | | individually and on behalf of their minor child, S.U. |
| Nicholas | | Calvoni | | individually and on behalf of their minor child, J.C. |
| Rosemarie | | Calvoni | | individually and on behalf of their minor child, J.C. |
| Nadia | | Camacho | | |
| Jada | | Cameron | | |
| Angela | | Canche | | individually and and on behalf of her minor child, T.C.B. |
| Jessica | M. | Cannon-Lear | | on behalf of minor A.M.T. |
| Geneva (Joy) | | Carthen | | |
| Sherry | | Carthen | | |

| | | |
|---|---|---|
| Bernard | Cerone | individually and on behalf of his minor child, B.C |
| Bea | Chanhthakoummane | O.B.O. T.S |
| Naomi | Charles | |
| Celia | Chikigak | Successor in Interest to Damon Alstrom |
| Jessica | Chittim | |
| Samuel | Chittim | |
| Laurel | Clevenger | |
| Jacqueline | Cobb | individually and as successor-in-interest to Braidon James Kelly |
| Danielle | Cohen | individually and as parents and general guardians of their minor daughter B.C. |
| Joe | Cohen | individually and as parents and general guardians of their minor daughter B.C. |
| Jamarri | Coleman | |
| Mahguyby | Collins | |
| Kyle | R. Coward | |
| Klinten | Craig | |
| Emma | Creitz | |
| Patrick | Cusato | individually and as the Personal Representatives of the Estate of Gabriella Elizabeth Cusato |
| Karen | Cusato | individually and as the Personal Representatives of the Estate of Gabriella Elizabeth Cusato |
| Jennifer | Czubakowski | individually and as parents and general guardians of their minor daughter C.C. |
| Chris | Czubakowski | individually and as parents and general guardians of their minor daughter C.C. |
| | D. D. | filed on behalf of minor , J.D. |
| | D.C. | filed on behalf of S.L. |
| | D.C. | and E.B. |
| | D.C. | on behalf of T.S. |
| | D.D. | filed on behalf of A.D. |
| | D.D. | filed on behalf of minor G.D. |
| | D.D. | and B.M. |
| | D.H. | |
| | D.M. | |
| | D.S. | on behalf of S.C. |
| | D.W. | filed on behalf of C.M. |
| | D.Z. | |
| Monique | Danley | individually and as successor-in-interest to Royce Griechen |
| Sophia | Daughterty | |
| Jada  Simone | Davis | |
| Donna | Dawley | individually and Personal Representative of the Estate of Christopher J Dawley |
| Anita | Dimitrova | |
| Camara | Dodd | |
| "Alice" | Doe | |
| Brittney | Doffing | individually and on behalf of their minor child, M.K. |
| Jessica | Dorazio | |
| Christine | Dorazio | |
| Apriel | Dorsey | individually and on behalf of her minor child |
| Chesapeake | Dowdy | |
| Brooke | Downing | |
| Amanda | Duke | individually and as parent and general guardian of her minor daughter A.D. |
| Sederika | Duncan | |
| Melena | Dunlap | |
| Taiven | Duwaik-Albright | |
| Mattie | Dyer | |
| | E.H. | |
| | E.L. | on behalf of minor A.A. |
| | E.S. | individually and on behalf of E.S. |
| | E.W. | individually and on behalf of their minor child, Z.W. |
| Valentina | Estevanott | |
| | F. R. | on behalf of B.R. |
| | F.D. | and S.D. |
| | F.S. | on behalf of minor R.S. |
| | F.U. | |
| Adrianna | Farrell | |
| Olatunji | Farve | individually and as suviving parent of N.F. Deceased |
| Hall | Felicia | individually and as parent and next friend to minor plaintiff M.T.H. |
| Alilah | Fernandez | |
| Gail | Flatt | individually and as the Personal Representative of the Estate of Sarah Flatt |
| Alberto | Flores | |
| Ann | Frank | |
| Jennifer | Frommer | individually and as parents and general guardians of their minor daughter Z.F. |
| Henry | Frommer | individually and as parents and general guardians of their minor daughter Z.F. |
| Jessica | Funk | individually and as parents and general guardians of their minor daughter, T.F. |
| Greg | Funk | individually and as parents and general guardians of their minor daughter, T.F. |
| | G.W. | individually and on behalf on their minor child M.W. |

8

| | | |
|---|---|---|
| Melayna | Gadlin | |
| Alexei | Garceau | |
| Savannah | Garcia | |
| Sabrina | Gidron | individually and behalf of C.G. |
| Carlos | Gidron | individually and behalf of C.G. |
| Darla | Gill | individually and on behalf of Emma Claire Gill Estate |
| Joseph    Ryan | Gill | individually |
| Camryn | Gillespie | |
| Felicia | Goad | individually and as parent and next friend to minor Plaintiff J.R.G. |
| Sasha | Goldsmith | |
| Jason | Goldsmith | |
| Matthew | Gonzales | |
| Alisa | Gonzales | |
| Elsa | Gonzales | |
| Haylie | Gonzalez | |
| Brent | Gray | |
| Dana | Gray-Sauceda | as surviving parent of Haylee Gonzalez, Deceased |
| Ciguiri | Greedy | individually and as successor-in-interest to Jeff Lucas Greedy |
| Shonell | Green | individually and on behalf of Tate Green, deceased |
| Michael | Green | individually and on behalf of Tate Green, deceased |
| Brandon | Guffey | Individually and as Personal Representative for the Estate of G.T.G. |
| Katheryn | Guillot | individually and on behalf of Kennedy Loftin, deceased |
| | H.D. | on behalf of minor J.D. |
| Aubrey | Haas | |
| Summer | Halaska | |
| Randy | Harding | individually and as parents and general guardians of their minor daughter, K.H. |
| Elizabeth | Harding | individually and as s and general guardians of their minor daughter, K.H. |
| Andrea | Harrison | individually and behalf of her minor child, L.H. |
| Tyran | Haulcy | individually and as successor-in-interest to Tahrique Haulcy |
| Quinn | Hawkes | |
| Ricky | Hawkins | |
| Lorine | Hawthorne | individually and as parents and general guardians of their minor daughter B.H. |
| Chris | Hawthorne | individually and as parents and general guardians of their minor daughter B.H. |
| Diamond | Haywood | |
| Travis | Heath | individually and on behalf of Adrian Buie, deceased |
| Ashleigh | Heffner | individually and as the Personal Representative of the Estate of Liam Birchfield |
| Kaya | Heine | |
| David | Hemmer | individually and as parent and general guardian of his minor daughter M.H. |
| Amber | Herrera | individually and as parent and next friend to minor Plaintiff B.H.G. |
| Kendra | Hewlett | |
| Megan | Hirka | |
| Stacie | Hoffine | Successor-in-Interest to Candice Hoffine, deceased |
| Annevaeh | Holloway | |
| Stephanie | Humphreys | individually and as parent and next friend to minor Plaintiff J.L.H |
| Shandin | Hunt | |
| Tracy | Hunt | individually and as next friend to minor plaintiff D.H. |
| Chardey | Hutsell | |
| | I.W. | and E.W. |
| Ashley | Isaacs | |
| | J. H. | individually and on behalf of C.H. |
| | J.A. | filed on behalf of minor A.L. |
| | J.F. | |
| | J.F. | filed on behalf of minor L.F. |
| | J.G. | |
| | J.G. | individually and on behalf of  Z.J. |
| | J.H. | filed on behalf of minor N.R. |
| | J.H. | filed on behalf of minor A.M. |
| | J.H. | filed on behalf of minor M.H. |
| | J.M. | on behalf of minor M.M. |
| | J.O. | individually, and as next of friends to minor Plaintiff, K.O. |
| | J.P. | and A.B. |
| | J.S. | |
| | J.W. | filed on behalf of M.W. |
| | J.W. | individually and on behalf of M.B. |
| Monica | Jackson | individually and on behalf of her minor child M.J. |
| Isaiah | Jackson | |
| Tanisha | Jacobs | individually and as parent and next friend to minor Plaintiff C.C.W. |
| Shawntavia | Jamerson | individually and on behalf of her minor child, C.B. |
| Taylor | Jansky | |
| Selina | Johnson | individually and as a surviving parent of Silas Johnson |

| | | |
|---|---|---|
| Jaime | Johnson | individually and as the Personal Representative of the Estate of Charron Patrice McDaniel |
| Damian | Johnson | individually and on behalf of their minor child, K.L.J. |
| Damian | Johnson | individually and on behalf of their minor child, J.A.J. |
| Damian | Johnson | individually and on behalf of their minor child, K.A.J. |
| Yvette | Jones | individually and as parent and next friend to minor Plaintiff T.Y.P. |
| Yvette | Jones | individually and as parent and next friend to minor Plaintiff G.S.B. |
| Bobby | Jones | individually and as successor-in-interest to Bobby Jones, Jr. |
| | K. A. | filed on behalf of minor A. A. |
| | K.C. | on behalf of minor, K.C. |
| | K.C. | and K.B. |
| | K.G. | and N.F. |
| | K.K. | and K.A. |
| | K.K. | and C.K. |
| | K.K. | on behalf of minor L.K. |
| | K.N. | on behalf of minor A.N. |
| | K.P. | on behalf of minor A.P. |
| | K.R. | |
| | K.S. | |
| | K.W. | on behalf of T.W. |
| | K.Z. | |
| Arthur | Karr | |
| Angela | Karr | |
| Madison | Keiser | |
| Siou | Khotesouvan | individually and as surviving parent of A.S., Deceased |
| Derrick | Kimber | |
| William | King | |
| Baylee | Knox | |
| Richard | Kosiorek | individually and as parents and general guardians for their daughter minor K.K. |
| Julie | Kosiorek | individually and as parents and general guardians for their daughter minor K.K. |
| Alexia | Koulikourdis | |
| Jennifer | Koutsouftikis | individually and as parent and next friend to minor Plaintiff E.K. |
| Caroline | Koziol | |
| Jennifer | Krull | |
| | L. A. T. | on behalf of filed on behalf of minor L.T. |
| | L. T. | on behalf of C.A. |
| | L.A.T. | on behalf of minor P.T. |
| | L.C. | and B.C. |
| | L.J. | and B.J. |
| | L.L. | on behalf of A.L. |
| | L.P. | |
| | L.S. | individually and on behalf of S.T. |
| | L.S. | individually and on behalf of S.L. |
| Margit | La Blue | individually and as parents and general guardians of their minor daughter R.L. |
| Jason | La Blue | individually and as parents and general guardians of their minor daughter R.L. |
| DeAnna | LaFrombois | Successor-in-interest to Oscar Sanchez, deceased |
| Destiny | Lane | |
| Brianna | Lane | |
| Alex | Langston | |
| Heidi | Larson | Individually and as Personal Representive of the Deceased Plaintiff Antonio Paul Verdecanna |
| Krystal | Lebofsky | successor in interest to De'ja McCullough |
| Sophia | Lee | |
| Jay | Leon | |
| Cameron | Leonard | |
| Caroline Elizabeth | Lewis | |
| Jill | Lints | as administrators for the Estate of Daniel Lints |
| Derek | Lints | as administrators for the Estate of Daniel Lints |
| Leana | Lombardo | |
| Tammy | Long | individually and on behalf of Londen Long, deceased |
| Arthur | Long | individually and on behalf of Londen Long, deceased |
| Soraya Tapler | Lyons | |
| | M. L. | individually and on behalf of A.W. |
| | M.B. | individually and on behalf of W.B. |
| | M.C. | on behalf of E.C. |
| | M.C. | filed on behalf of minor M.B. |
| | M.C. | filed on behalf of R.R. |
| | M.F. | individually and on behalf of their minor child, A.F. |
| | M.G. | |
| | M.G. | |
| | M.H. | |
| | M.H. | individually and on behalf of B.H. |

| | | | |
|---|---|---|---|
| | | M.M. | on behalf of minor A.B. |
| | | M.M. | filed on behalf of minor B.M. |
| | | M.P. | individually and on behalf of E.P. |
| | | M.S. | on behalf of B.G. |
| | | M.U. | |
| | | M.W. | on behalf of minor G.W. |
| | | M.W. | filed on behalf of C.W. |
| Alexander | | Majette | |
| Shailyn | | Malone | individually and on behalf of Taylen Dorsey, deceased |
| Ginger | | Mancia | |
| Julian | M. | Marsh | |
| Lilah | Joy | Marsh | |
| Alexandra | | Martin | |
| Benjamin | | Martin | |
| Jennifer | | Martin | |
| Krystal | | McClatchy | individually and as successor in interest to Matthew Colyer, Deceased minor |
| Lachiina | | McComb | |
| Brittany | | McCoy | |
| Audrey | | McKee | |
| Skyye | | McNack | |
| Dymand | | McNeal | |
| Jahkeya | | Melbert | |
| Danette | | Melbert | |
| David | | Melton | |
| Jordyn | | Merrill | |
| Jordan | | Merseth | |
| Sydney | | Michael | |
| Shawanee | | Miller | Successor-In-Interest to Leon Miller, deceased |
| Kaitlin | | Miller | |
| Heather | | Mitchell | individually and on behalf of their minor daughter K.M. |
| Jason | | Mitchell | individually and on behalf of their minor daughter K.M. |
| Jennifer | | Mitchell | individually and as the Personal Representative of the Estate of I.J.E. |
| Jacqueline | Veronica | Moreno | |
| Amy | | Morgan | individually and on behalf of Landis Morgan, deceased |
| Francesca | | Morgan | |
| Olivia | G. | Morris | |
| Lisa | | Muehl-Cooper | individually and as surviving parent of Seth Cooper, Deceased |
| Nuala | | Mullen | |
| Elizabeth | | Mullen | |
| Brianna | | Murden | |
| Clare | | Murray | |
| | | N. B. | individually and on behalf of H.B. |
| | | N.C. | and H.M. |
| | | N.K. | on behalf of minor S.K. |
| | | N.N. | filed on behalf of minor S.N. |
| | | N.R. | |
| Austin | | Naber | |
| Scott | | Neave | individually and as parents and general guardians of their minor daughter M.N. |
| Sari | | Neave | individually and as parents and general guardians of their minor daughter M.N. |
| Cecelia | | Neltner | |
| Lekeviya | | Newberry | |
| Sophie | Brooke | Newbill | |
| Brittney | | Obray | individually and on behalf of Dexton Hutchings, Deceased |
| Gavin | | O'Brien | |
| Kent | D. | O'Callaghan | individually and as a parent and general guardian of their minor daughter D.O. |
| John | P. | O'Callaghan | individually and as a parent and general guardian of their minor daughter D.O. |
| Jacqueline | | Odell | individually and on behalf of their minor child C.O. |
| Bethany | | Odems | |
| Abigail | R. | Ogletree | |
| Gabriella | | Ortiz | |
| Olivia | P. | Osborne | |
| | | P.K. | and K.K. |
| Dyana | | Page | individually and as parents and general guardians of their minor daughter S.P |
| Robert | | Page | individually and as parents and general guardians of their minor daughter S.P. |
| Brooke | | Parker | individually and as parents and general guardians of their minor daughter V.P. |
| Erik | | Parker | individually and as parents and general guardians of their minor daughter V.P. |
| Marquetta | | Payton | on behalf of Markeishia Payton |
| Georgia | | Peterson | individually and as successor-in-interest to Gregg Jared Peterson |
| Abby | | Phillips | |
| Jordan | | Poe | |

11

| Kimberly | | Pollard | individually and as parent and general guardian of her minor daughter S.P. |
|---|---|---|---|
| Mary | | Popolizio | as Successor-in-interest to Alexandra-Victoria Popolizio |
| Brooke | | Porter | |
| Roger | | Pytko | individually and on behalf of Zachary Pytko, Deceased |
| | | R.B. | and A.B. |
| | | R.D. | and B.D. |
| | | R.W. | |
| | | R.Z. | filed on behalf of minor C.Z. |
| Mia | | Ragusa | |
| Paul | | Ramirez | |
| Kenya | | Raymond | individually and as surviving parent of N.F. Deceased |
| Kristie | | Reilly | individually and on behalf of Noah Dennis, Deceased |
| Sydney | | Reuscher | |
| Terryana | | Richardson | individually, and as successor-in-interest to Tashayla Travis |
| Topeka | | Richardson | individually and as parent and next of friend to minor Plaintiff A.R |
| Chris | | Ridener | individually and as parent and next friend to minor Plaintiff A.S.R. |
| Jazzlyn | | Rivera | |
| Brandy | | Roberts | individually, and as the Personal Representative of the Estate of Englyn Roberts |
| Toney | | Roberts | individually |
| Marc | | Robertson | individually, and as the Personal Representatives of the Estate of Kaylann Alyss Robertson |
| Lori | | Robertson | individually, and as the Personal Representatives of the Estate of Kaylann Alyss Robertson |
| Devon | | Robertson | individually and as successor-in-interest to Kayden Robertson |
| Aaliyah | | Robinson | |
| Christian | | Robles | |
| Mary | | Rodee | individually and personal representative of the Estate of minor R.B. |
| Maria | Elena | Rodriguez | individually and as parent and next friend to minor Plaintiff M.G. |
| Tammy | | Rodriguez | individually and as the Personal Representative of the Estate of Selena Rodriguez |
| Sofia | | Rodriguez | |
| Alyssa | | Rojeski | |
| Eliza | | Romero | |
| Tambre | | Ruggiero | |
| | | S. F. | individually and as next of friend to minor Plaintiff D.F. |
| | | S. M. | individually and on behalf of N.M. |
| | | S. R. | filed on behalf of minor L.R. |
| | | S.B. | and A.S. |
| | | S.C. | on behalf of minor D.G. |
| | | S.C. | and Z.C. |
| | | S.G. | |
| | | S.G. | filed on behalf of minor A.G. |
| | | S.L. | on behalf of K.A. |
| | | S.O. | individually, and as next of friends to minor Plaintiff, K.O. |
| | | S.P. | filed on behalf of minor A.P. |
| | | S.R. | filed on behalf of minor S.L. |
| | | S.R. | filed on behalf of minor L.S. |
| | | S.S. | filed on behalf of minor M.S. |
| | | S.W. | and Z.T. |
| Alexander | | Salmons | |
| Destiny | | Scala | |
| Autumn | | Seekford | |
| Faith | | Serabia | |
| Brittney | | Shealy | induvally and as successor-in-interest to Keirstyn (Kennah) Williamson |
| Isabella | Marie | Simmons | |
| Samantha | | Skoler | |
| Leslie | | Smith | |
| Jessica | | Smith | |
| Angelicia | | Smith | Successor-in-Interest to Giovanni Bourne, deceased |
| Dante | | Smith | |
| Melanie | | Smith | |
| Menachem | | Snyder | |
| Alexis | | Spence | |
| Kathleen | | Spence | |
| Jeffrey | | Spence | |
| Gabriella | | Stewart | |
| Tyesha | Lashe | Stokes | individually and as parent and next of friend to minor Plaintiff N.M. |
| Shane | | Strada | |
| Diamond | | Strong | |
| Melissa | | Suzarrey | as the Personal Representative of the Estate of Isaac Feria |
| Alyissa | | Swan | |
| | | T. K. | individually and on behalf of their minor child S.R. |
| | | T. Q. | individually, and as executor of the Estate of minor Plaintiff G.G. |

| | | |
|---|---|---|
| | T.G. | individually and on behalf of J.D. |
| | T.H. | filed on behalf of L.B. |
| | T.P. | on behalf of M.P. |
| | T.P. | on behalf of L.P. |
| Cecelia | Tesch | individually and on behalf of her minor child, R.P. |
| Andrew | Thacker | |
| Kentjuan | Thompson | |
| Irasema | Tierrablanco | individually and as parent and general guardian of her minor daughter A.P. |
| | V. K. | individually, and as next of friend to minor Plaintiff, A.K. |
| | V.P. | on behalf of her minor child J.P., individually and on behalf of all others similarly situated |
| Christina | Vancise | |
| Elizabeth | Verdugo | |
| | W.A. | individually and on behalf of A.W. |
| Damon | Waid | individually and on behalf of Parker Waid, deceased |
| Caitlyn | Walsh | |
| Melissa | Ward | individually and on behalf of Hunter Ward, deceased |
| Lori | Welch | Individually and on behalf of Tallie Lynn, Deceased |
| Zavion | Wells | |
| Douglas | Westwood | |
| Mandy | Westwood | |
| Shaunice | Wharton | |
| Nigeria | Whatley | individually and as successor-in-interest to Master-Anthony Ellis |
| Michelle | Wheeldon | individually and as next of friend to minor plaintiff E.W. |
| Nina | White | |
| Cadence | Wickstrand | |
| Mallory | Wiles | |
| Cedric | Williams | individually and on behalf of all others similarly situated |
| Star | Wishkin | individually and on behalf of her minor child, S.N. |
| Tiffany | Woods | individually and as parent and next friend to minor Plaintiff N.L. |
| Candace | Wuest | |
| Micolbyny | Wyatt | |
| Regine | Wynne | |
| | Y.S. | on behalf of B.S. |
| John "Steve" | Yapuncich | individually and as successor-in-interest to T'Saya Yapuncich |
| Joleen | Youngers | As the Personal Representative of the Wrongful Death Estate of Isaac Gonzales, a Deceased Minor Child |
| Joleen | Youngers | as Personal Representative of the Wrongful Death Estate of Leanna Karr, A Deceased Minor Child |
| | Z.A. | on behalf of T.B. |
| | Z.H. | and A.C. |

# ATTACHMENT 2
## (institutional/entity plaintiffs)

| Entity Name |
| --- |
| Adams Central Public Schools |
| Adirondack Central School District |
| Adna School District |
| Afton Central School District |
| Alamance-Burlington Schools Board of Education |
| Allegheny Valley School District |
| Alpine School District |
| Altoona Area School District |
| Anchorage School District |
| Anderson School District Four |
| Anderson School District One |
| Anderson School District Three |
| Anne Arundel County, Maryland |
| Arkport Central School District |
| Arlington Heights School District No. 25 |
| Auburn Enlarged City School District |
| Avoca Central School District |
| Avon Grove School District |
| Bainbridge-Guilford Central School District |
| Baldwinsville Central School District |
| Baltimore City Board of School Commissioners, The |
| Baltimore County Board of Education |
| Bangor Township Schools |
| Batavia City School District |
| Bath Central School District |
| Bay City Public Schools |
| Bayard Public Schools |
| Bayshore Elementary School District |
| Bear Lake Schools |
| Beaver County School District |
| Beaver River Central School District |
| Bell County School District by and Through the Bell County Board of Education |
| Bellmore-Merrick Central High School District |
| Bellwood-Antis School District |
| Belvidere Community Unit School District No. 100 |
| Benzie County Central Schools |
| Berkshire Hills Regional School District |
| Berlin Brothersvalley School District |
| Blacklick Valley School District |
| Board of Education Bensenville SD 2 |
| Board of Education East Prairie SD 73 |
| Board of Education Glenbrook High SD 225 |
| Board of Education Glenview Public SD 34 |
| Board of Education Harford County |
| Board of Education Howard County |
| Board of Education Lisle Community Unit SD 202 |
| Board of Education Mokena SD 159 |
| Board of Education of Anne Arundel County, Maryland |
| Board of Education of Charles County |
| Board of Education of Jordan School District |
| Board of Education of Somerset County |
| Board of Education of Wicomico County |
| Board of Education Peotone Community SD 207U |
| Board of Education West Chicago Elementary SD 33 |
| Boise School District |
| Bonneville School District |
| Boone County School District By and through the Boone County Board of Education |
| Boulder Preparatory High School |
| Box Elder School District |
| Bracken County School District, By and Through the Bracken County Board of Education |
| Brasher Falls Central School District |
| Brawley Union High School District |
| Breathitt County Board of Education |
| Brentwood Union Free School District |
| Brick Township Public Schools |
| Briggs Public Schools |
| Brookfield Central School District |
| Brookville Area School District |
| Broome-Tioga Board of Cooperative Educational Services, NY |
| Broward County School Board |

Brownsville Area School District
Brushton-Moira Central School District
Bucks County
Bucks County Intermediate Unit
Buffalo Public Schools
Buhl School District
Bullitt County School District By and Through the Bullitt County Board of Education
Buncombe County North Carolina School District
Burbank Unified School District
Burgettstown Area School District
Butler County Area Vocational-Technical School
Cabrillo Unified School District
Cache County School District
Caddo Parish Public Schools
Camden Central School District
Canandaigua City School District
Canaseraga Central School District
Canastota Central School District
Capac Community Schools
Carbondale Area School District
Carson City School District
Carthage Central School District
Cartwright School District 83
Cassopolis Public Schools
Cato-Meridian Central School District
Catskill Central School District
Cazenovia Central School District
Center for Instruction, Technology and Innovation BOCES
Central Regional School District
Centreville Public Schools
Charleston County School District
Charlotte Public Schools
Charlotte Valley Central School District
Charlotte-Mecklenburg Board of Education
Chateaugay Central School District
Chatham County Board of Education
Chelsea School District
Chenango Forks Central School District, NY
Chenango Valley Central School District, NY
Chesaning Union Schools
Chesterfield County School District
Chesterfield County, South Carolina
Chichester School District
Churchville-Chili Central School District
Cincinnatus Central School District
City of Baltimore
City of Palm Bay
City of Providence
Clark County Board of Education on behalf of Clark County School District
Clarksville-Montgomery County School System
Clay County School District
Claysburg-Kimmel School District
Cleveland County Schools
Clifton-Fine Central School District
Climax-Scotts Community Schools
Clinton Central School District
Clinton City Board of Education
Clover School District School Board
Cobleskill-Richmondville Central School District
Coeur d'Alene School District
Coldwater Community Schools
Coleman Community Schools
Commissioners of St. Mary's County, Maryland
Commonwealth of Kentucky
Commonwealth of Pennsylvania acting by and through Bucks County District Attorney Matthew D. Weintraub
Commonwealth of Pennsylvania by its Attorney General Michelle A. Henry
Commonwealth of Virginia ex rel. Jason S. Miyares, Attorney General
Community Consolidated School District 21
Community Consolidated School District No. 59
Concord Community Schools

Copenhagen Central School District
Cortland Enlarged City Central School District
Council Rock School District
County of Oakland, Michigan
Covington Independent Public Schools, By and Through the Board of Education of Covington, Kentucky
Coxsackie-Athens Central School District
Cranberry Area School District
Crawford Central School District
Crestwood School District
Crown Point Central School District
Cumberland County Board of Education
Currituck County Board of Education
Curwensville Area School District
Daggett School District
Dansville Central School District
Dansville Schools
Davenport Public Schools
Daviess County School District, By and Through the Daviess County Board of Education
Davis School District
Deerfield School District No. 109
DeKalb County School District
Delaware Academy and Central School District at Delhi
Delaware County Intermediate Unit
Delaware-Chenango-Madison-Otsego BOCES
Deposit Central School District
Dexter Community Schools
Dieringer School District
Dolgeville Central School District
Dowagiac Union Schools
Downsville Central School District
Duchesne County School District
Durand-Arkansaw School District
Durham Public Schools Board of Education
Duval County School District
East Islip Union Free School District
East Jackson Community Schools
East Meadow Union Free School District
East Syracuse Minoa Central School District
Eastmont School District
Eau Claire Public Schools
Edenton-Chowan Public Schools Board of Education
Edgecombe County Board of Education
Edgemont Union Free School District
Edmeston Central School District
Edmond Public Schools
Educational Service Center of Lorain County
Edwards-Knox Central School District
Elgin Public Schools
Elmont Union Free School District
Elwood Union Free School District
Emerson County Schools
Escanaba Area Public Schools
Essexville-Hampton Public Schools
Estill County Board of Education
Evanston Township High School District No. 202
Fabius-Pompey Central School District
Fallsburg Central School District
Fayette County Board of Education on behalf of Fayette County School District
Fayetteville Public Schools
Fayetteville-Manlius Central School District
Ferndale Area School District
Florence School District Five
Florence School District One
Forest Area School District
Forest Park School District 91
Fort Thomas Independent School District, By and Through the Board of Education of Fort Thomas, Kentucky
Fort Wayne Community Schools
Frankfort-Schuyler Central School District
Franklin Area School District
Franklin Central School District

Franklin County Board of Education
Franklin County School District By and through the Franklin County Board of Education
Franklin Township Public School District
Franklin-Essex-Hamilton BOCES
Frederick County Board of Education
Freedom Area School District
Freehold Regional High School District
Fremont County Joint School District #215
Frenchtown School District
Fulton City School District
Garfield School District 16
Garrett County, Maryland
General Brown Central School District
General McLane School District
Geneseo Central School District
Geneva City School District
Gilbertsville-Mount Upton Central School District
Gilboa-Conesville Central School District
Gilchrist County School District
Glen Ellyn School District No. 41
Gouverneur Central School District
Granite School District
Granville County Public Schools Board of Education
Great Neck Union Free School District
Greater Jonestown Career and Technology Center
Greater Southern Tier BOCES
Greece Central School District
Greene Central School District
Gretna Public Schools
Groton Central School District
Hamilton Central School District
Hammond Central School District
Hampton City Schools
Hancock Central School District
Hannibal Central School District
Hanover Area School District
Hardin County Schools
Harpursville Central School District, NY
Harrison County Board of Education on behalf ofHarrison County School District
Hazleton Area School District
Hebrew Academy of Nassau County
Hemingford Public Schools
Henderson County School District, By and Through the Henderson County Board of Education
Herkimer Central School District
Hermon-DeKalb Central School District
Herricks Union Free School District
Heuvelton Central School District
Highlands County School District
Hilldale Public Schools
Hillman Community Schools
Hillsboro School District
Hilton Central School District
Holland Public Schools
Hollidaysburg Area School District
Homer-Center School District
Honeoye Falls-Lima Central School District
Hopkins County School District by and through the Hopkins County Board of Education
Horry County School District
Horseheads Central School District
Huntingdon Area School District
Indian River Central School District
Indian Springs School District 109
Indiana Area School District
Ingham Intermediate School District
Iredell-Statesville North Carolina School District
Iron County School District
Iroquois School District
Irvington Public Schools
Islip Union Free School District
Jackson Township Public Schools

| |
|---|
| Jasper-Troupsburg Central School District |
| Jefferson County School District |
| Jefferson County School District R-1 |
| Jefferson Elementary School District |
| Jefferson Parish Schools |
| Jefferson Union High School District |
| Jericho Union Free School District |
| Johnson County School District by and through the Johnson County Board of Education |
| Johnston County Board of Education |
| Jones County Board of Education |
| Juab School District |
| Juda School District |
| Juniata County School District |
| Kaleva Norman Dickson Public Schools |
| Kane County School District |
| Kankakee Valley School Corporation |
| Kelso School District |
| Kendall Central School District |
| Kershaw County School District |
| Kimberly Area School District |
| Kings Park Central School District |
| Knoch School District |
| La Mesa-Spring Valley School District |
| LaFargeville Central School Distsrict |
| Lake Mills Area School District |
| Lakewood School District #306 |
| Lansing Central School District |
| Lansing School District |
| Larue County School District By and Through the Larue County Board of Education |
| Laurens Central School District |
| Lawrence County School District By and Through the Larue County Board of Education |
| Lawrenceburg Community School Corporation |
| Lee County, South Carolina |
| Leeds City Schools |
| Lenape Regional High School District |
| Letchworth Central School District |
| Lexington County School District Two |
| Lincoln Public Schools |
| Lindenwold Public School District |
| Livingston County Schools |
| Livingston Manor Central School District |
| Livingston Parish School Board |
| Loudoun County Public Schools |
| Lowville Central School District |
| Luzerne County |
| Lyme Central School District |
| Lyncourt Union Free School District |
| Lyons Central School District |
| Lyons Township High School District No. 204 |
| Madison Central School District |
| Madrid-Waddington Central School District |
| Maercker School District 60 |
| Maine Endwell Central School District, NY |
| Malcolm Public Schools |
| Manchester-Shortsville Central School District |
| Manton Consolidated Schools |
| Maple Shade Board of Education |
| Marathon Central School District |
| Marcus Whitman Central School |
| Marion Center Area School District |
| Marion Central School District |
| Marlboro Central School District |
| Martin County School District by and through the Martin  County Board of Education |
| McGraw Central School District |
| McLean County School District by and through the McLean County Board of Education |
| Menifee County Board of Education |
| Merrick Union Free School District |
| Mexico Academy & Central School District |
| Miami-Dade County Public Schools District |
| Mid Valley School District |

| |
|---|
| Mifflin County School District |
| Milford Central School District |
| Mohawk Area School District |
| Montgomery County Board of Education on behalf ofMontgomery County School District |
| Montgomery County Public Schools |
| Montgomery County, Maryland |
| Moore County Board of Education |
| Moore Norman Technology Center |
| Morgan County School District |
| Morrisville-Eaton Central School District |
| Mount Markham Central School District |
| Mount Pleasant Central School District |
| Mount Vernon City School District |
| Mountain Empire Unified School District |
| Munising Public Schools |
| Muskegon Public Schools |
| Napa Valley Unified School District |
| Naples Central School District |
| Nassau County School District |
| Nebo School District |
| New Hartford Central School District |
| New Haven Community School District |
| New Rochelle City School District |
| New York Mills Union Free School District |
| Newark Central School District |
| Newark Valley Central School District |
| Newfield Central School District |
| Nine Mile Falls School District |
| Nixa Public Schools District |
| Nooksack Valley School District |
| North Merrick Union Free School District |
| North Pocono School District |
| North Sanpete School District |
| Northampton County Board of Education |
| Northport-East Northport Union Free School District |
| Northwestern Local School District |
| Norwich City School District |
| Norwood-Norfolk Central School District |
| Oak Park and River Forest School District 200 |
| Office of the Attorney General of Maryland |
| Office of the Attorney General of the State of Florida, Department of Legal Affairs |
| Ogdensburg City School District |
| Okemos Public Schools |
| Old Bridge County Schools |
| Oneida City School District |
| Oneida School District 351 |
| Onondaga Central School District |
| Onondaga-Cortland-Madison BOCES |
| Oregon School District |
| Orland School District 135 |
| Oswayo Valley School District |
| Oswego City School District |
| Otsego Northern Catskills BOCES |
| Owego Apalachin Central School District |
| Owen D Young Central School District |
| Owendale-Gagetown Area School District |
| Owensboro Independent School District, By and Through the Board of Education of Owensboro, Kentucky |
| Oxford Academy and Central School District |
| Oyster Bay-East Norwich Central School District |
| Pacifica School District |
| Paducah Independent Schools |
| Palisades School District |
| Palmyra-Macedon Central School District |
| Parishville-Hopkinton Central School District |
| Peekskill City School District |
| Penn Yan Central School District |
| Penn-Delco School District |
| Penn-Harris-Madison School Corporation |
| Pennridge School District |
| Perry County School District |

| |
|---|
| Pershing County School District |
| Phelps-Clifton Springs Central School District |
| Pickens County School District |
| Pickford Public Schools |
| Pike County School Corporation |
| Pima County Joint Technical Education District #11 |
| Pitt County Board of Education |
| Pittston Area School District |
| Piute County School District |
| Plymouth Community School Corporation |
| Poland Central School District |
| Port Jefferson Union Free School District |
| Port Jervis City School District |
| Potsdam Central School District |
| Prairie Heights Community School Corporation |
| Prattsburgh Central School District |
| Prince Georges County Board of Education |
| Provo School District |
| Pullman School District |
| Punxsutawney Area School District |
| Putnam County School District |
| Quitman School District |
| Rancocas Valley Regional High School District |
| Rapides Parish School Board |
| Richfield Springs Central School District |
| Richland School District |
| Ringgold School District |
| River Forest District No. 90 |
| Riverside School District No. 96 |
| Roanoke Rapids Graded School District Board of Education |
| Robertson County School District By and Through the Robertson County Board of Education |
| Rockcastle County School District By and through the Rockcastle County Coard of Education |
| Rome City School District |
| Romulus Central School District |
| Rondout Valley Central School District |
| Roscoe Central School District |
| Roslyn Union Free School District |
| Ross Valley School District |
| Roxbury Central School District |
| Sackets Harbor Central School District |
| Saint Charles Parish Public Schools |
| Salisbury-Elk Lick School District |
| San Benito High School District |
| San Bruno Park School District |
| San Juan School District |
| San Leandro Unified School District |
| San Mateo County Board of Education |
| Sanborn Regional School District |
| Sandy Creek Central School District |
| Santa Monica-Malibu Unified School District |
| Sault Ste. Marie Area Public Schools |
| Sauquoit Valley Central School District |
| Schenevus Central School District |
| School Board of Lake County, Florida |
| School Board St Martin Parish |
| School City of Mishawaka |
| School District of Ashland |
| School District of Aspen |
| School District of Greenville County |
| School District of Milton |
| School District of Oconee County |
| School District of Pittsburgh, The |
| School District of the Chathams |
| School District U-46 |
| Scott County School District By and Through the Scott County Board of Education |
| Seneca Valley School District |
| Shamokin Area School District |
| Shelley School District #60 |
| Shenendehowa Central School District |
| Sherburne-Earlville Central School District |

Shikellamy School District
Sidney Central School District
Sidney City Schools
Silvis School District #34
Sodus Central School District
Solvay Union Free School District
South Huntington Union Free School District
South Jefferson Central School District
South San Francisco Unified School District
South Sanpete School District
Spartanburg 4 School District
Spartanburg 6 School District
Spartanburg County School District Three
Spencer-Van Etten Central School District
Spokane Public Schools
Spring Cove School District
Springdale School District No. 50 of Washington County, Arkansas
Springfield School District (a/k/a Springfield R-XII School District)
St. Lawrence-Lewis BOCES
St. Mary's County Public Schools Board of Education
Stamford Central School District
State of Arizona ex rel. Kris Mayes, Attorney General
State of Colorado ex rel. Philip J. Weiser, Attorney General
State of Connecticut
State of Delaware ex rel. Kathleen Jennings, Attorney General of the State of Delaware
State of Georgia ex rel. Christopher M. Carr, Attorney General of the State of Georgia
State of Hawaii ex rel. Anne E. Lopez, Attorney General
State of Idaho through Attorney General Raúl E. Labrador
State of Indiana
State of Kansas ex rel. Kris W. Kobach, Attorney General
State of Louisiana
State of Maine
State of Michigan, ex rel. Dana Nessel, Attorney General
State of Minnesota by its Attorney General Keith Ellison
State of Missouri ex rel. Andrew Bailey, Attorney General
State of Montana ex rel. Austin Knudsen, Attorney General
State of Nebraska ex rel. Michael T. Hilgers, Attorney General
State of New Jersey ex rel. Matthew J. Platkin, Attorney General for the State of New Jersey and Cari Fais, Director of the New Jersey Division of Consumer Affairs
State of North Carolina ex rel. Joshua H. Stein, Attorney General
State of Ohio ex rel. Attorney General David Yost
State of Oregon ex rel. Ellen F. Rosenbaum, Attorney General for the State of Oregon
State of Rhode Island
State of South Carolina ex rel. Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina
State of South Dakota ex rel. Marty J. Jackley, South Dakota Attorney General
State of Washington ex rel. Robert W. Ferguson, Attorney General
State of West Virginia ex rel. Patrick Morrisey, Attorney General
State of Wisconsin
Stockbridge Valley Central School District
Sullivan BOCES
Susquehanna Valley Central School District, NY
Suttons Bay Public Schools
Tahlequah Public Schools
Tangipahoa Parish School System
Telluride R1 School District
Terrebonne Parish School District
The Board of Education For The Public Schools of Robeson County
The Board of Education of the City of Marietta
The District Attorney of Montgomery County, Kevin R. Steele
The People of the State of California
The People of the State of Illinois
The People of the State of New York by Letitia James, Attorney General of the State of New York
The School Board of Escambia County Florida Escambia County State of Florida
The School Board of Hillsborough County, Florida
The School Board of Polk County, Florida
The School District of McCormick County
Thousand Islands Central School District
Ticonderoga Central School District
Tioga Central School District
Titusville Area School District
Tooele County School District

| |
|---|
| Tri-Valley Central School District |
| Trumansburg Central School District, NY |
| Tucson Unified School District |
| Tully Central School District |
| Tuscarora School District |
| Tyrone Area School District |
| Unadilla Valley Central School District |
| Unatego Central School District |
| Unified School District No. 259, Sedgwick County, Kansas |
| Unified School District of Antigo |
| Union County Public Schools |
| Union-Endicott Central School District, NY |
| Unionville-Chadds Ford School District |
| United School District |
| Utah Charter Academies |
| Utica City School District |
| Valley View School District 365U |
| Vernon-Verona-Sherrill Central School District |
| Vestal Central School District |
| Victor Central School District |
| Vineland Board of Education |
| Wake County Board of Education |
| Walton-Verona Independent School District By and Through the Board of Education of Walton-Verona, Kentucky |
| Warner Unified School District |
| Warren County Schools Board of Education |
| Wasatch County School District |
| Washington County |
| Washoe County School District |
| Watchung Hills Regional High School District |
| Watertown City School District |
| Waterville Central School District |
| Watkins Glen Central School District |
| Waukegan Community Unit School District No. 60 |
| Waverly Central School District |
| Wayne County Board of Education |
| Wayne School District |
| Wayne-Finger Lakes BOCES |
| Waynesboro Area School District |
| Webb Union Free School District |
| Weber School District |
| Webster Central School District |
| Weedsport Central School District |
| West Ada School District |
| West Bonner County School District #83 |
| West Genesee Central School District |
| West Irondequoit Central School District |
| West Valley School District #208 |
| Westbury Union Free School District |
| Westhill Central School District |
| Westmont Hilltop School District |
| Westmoreland Central School District |
| Whitesboro Central School District |
| Whitewater Unified School District |
| Whitmore Lake Public Schools |
| Whitney Point Central School District, NY |
| Williamsburg Community School District |
| Williamson Central School District |
| Wilson County Board of Education |
| Windber Area School District |
| Windsor Central School District, NY |
| Wolfe County Board of Education |
| Woodland Hills School District |
| Woodridge School District No. 68 |
| Worcester Central School District |
| Wyoming County acting by and through Wyoming County District Attorney Joseph C. Peters |
| York County School District One |
| York County School District Three |
| Zillah School District |

## <u>CERTIFICATE OF SERVICE</u>

**9th Cir. Case No: 24-7037**

I hereby certify that I caused to be electronically filed the foregoing and attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system (ACMS).

**Description of Documents:**

STATUS REPORT RE COURT OF APPEALS DOCKET

Date:   12/06/2024                    */s/ Jennie Lee Anderson*